## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA

| In re:<br><br>PATRICIA COX<br><br><div align="right">Debtor,</div> | Case No.: 25-15155<br><br>Chapter 13<br><br>Judge: Honorable Patrica M. Mayer |
|---|---|

### MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, CHAPTER 13 PLAN, AND OTHER DOCUMENTS

**AND NOW,** the above-named Debtor, by and through undersigned counsel, requests that this Court extend the time to file the required schedules, statements, Chapter 13 Plan and other documents in this case. In support of this motion, Debtor states that:

1. On <u>December 18, 2025</u>, Debtor filed the above-captioned case.
2. The schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 (the "Schedules") were not filed with the petition, and the Court ordered that they be filed on or before <u>January 2, 2026</u>.
3. A debtor may request an extension of time to file the Schedules upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).
4. Debtor is still gathering the information and documentation required by counsel to complete the Schedules and needs extra time to do so. Debtor is an elderly woman that needs assistance gathering documentation. The holidays and bad weather have made it more difficult to obtain such assistance and meet with counsel in person.
5. Debtor will gather all necessary information and documentation needed for counsel to complete the Schedules and cooperate with Trustee Kenneth West to prepare for the pending Meeting of Creditors.
6. Debtor respectfully requests an extension of time to file the Schedules with a new deadline of <u>January 16, 2026</u>.

**WHEREFORE,** Debtor asks this Court to grant relief in the form of the attached order and to grant such other relief in their favor as may be necessary and proper under the law.

DATED: January 1, 2026

<div align="right">

/s/ Andrew M. Schreder
Legal Aid of Southeastern PA
625 Swede Street
Norristown, PA 19401
(484) 206-8079
aschreder@lasp.org
*Counsel for Debtor*

</div>

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, Chapter 13 Plan, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

DATED: January 1, 2026

/s/ Andrew M. Schreder
Legal Aid of Southeastern PA
625 Swede Street
Norristown, PA 19401
(484) 206-8079
aschreder@lasp.org
*Counsel for Debtor*