# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA

| | |
|---|---|
| In re:<br><br>PATRICIA COX<br><br>　　　　　　　　　　Debtor, | Case No.: 25-15155<br><br>Chapter 13<br><br>Judge: Honorable Patrica M. Mayer |

### OREDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, CHAPTER 13 PLAN, AND OTHER DOCUMENTS

**AND NOW,** upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, Chapter 13 Plan, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The Debtor must file all documents required by 11 USC §521(a)(1) and Fed. R. Bankr. P. 1007 (the "Schedules") on or before <u>January 16, 2026</u>. (the "Extended Deadline")
3. This case may be dismissed without further notice if the Schedules are not filed by the Extended Deadline.
4. Any request for an extension of time must be filed on or before the Extended Deadline.

DATED:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge